**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF VERMONT**

UNITED STATES OF AMERICA,

Plaintiff,

v.

STATE OF VERMONT; VERMONT STATE COLLEGES; UNIVERSITY OF VERMONT AND STATE AGRICULTURAL COLLEGE; VERMONT STUDENT ASSISTANCE CORPORATION,

Defendants.

Case No. 2:26-cv-00272

**STIPULATED MOTION TO EXTEND THE TIME**
**TO FILE THE DISCOVERY SCHEDULE AND STAY DISCOVERY**

The Parties in the above-captioned case jointly move to extend the time to file the discovery schedule required by Local Rule 26(a) and to stay discovery until two weeks after the Court resolves the Defendants' pending Motions to Dismiss or any dispositive motion filed by Plaintiffs, whichever occurs later. In support, the Parties rely on the following, incorporated Memorandum of Law.

**MEMORANDUM OF LAW**

Local Rule 26(a)(2) provides that "[f]or good cause, any party may file a motion to extend the time to file the Discovery Schedule" required by Local Rule 26(a). Local Rule 26(a)(3) provides that while a pending Motion to Dismiss does not automatically result in a stay of discovery, any "Party may request a stay, or phased discovery, until the motion is decided, if a stay or phasing will help to secure the just, speedy, and inexpensive determination of the action." The Parties agree that good cause exists for such a stay in this case. Plaintiff's claims raise legal

questions appropriate for resolution through dispositive motions. At a minimum, a decision on dispositive motions could help to narrow any remaining issues. A stay of discovery pending resolution of dispositive motions therefore would serve the interest of judicial efficiency.

## CONCLUSION

For the foregoing reasons, the Parties respectfully request that that the Court stay the deadline for filing the discovery schedule and stay discovery until two weeks following a decision on Defendants' Motions to Dismiss or any dispositive motion filed by Plaintiff, whichever occurs later.

DATED: October 14, 2026

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

HILARY K. PERKINS
Director
Enforcement & Affirmative Litigation Branch

JAQUELINE COLEMAN SNEAD
Deputy Director
Affirmative Litigation Section

/s/ Pooja D. Majmundar
POOJA D. MAJMUNDAR
Trial Attorney
Enforcement & Affirmative Litigation Branch
Civil Division, U.S. Department of Justice
450 Fifth Street, N.W., Ste. 6400 South
Washington, D.C. 20001
(202) 598-0280
Pooja.D.Majmundar@usdoj.gov

Counsel for Plaintiff United States of America

STATE OF VERMONT

CHARITY R. CLARK
ATTORNEY GENERAL

*/s/ Jonathan T. Rose*
Jonathan T. Rose
Solicitor General
Office of the Attorney General
109 State Street
Montpelier, VT 05609
(802) 828-3171
Jonathan.rose@vermont.gov

*Counsel for State of Vermont*

*/s/ Justin Barnard*
Justin B. Barnard, Esq.
Dinse P.C.
209 Battery Street, P.O. Box 988
Burlington, VT 05402
(802) 864-5751

*Counsel for Vermont State Colleges*

DOWNS RACHLIN MARTIN PLLC

By: */s/ Tristram J. Coffin*
Tristram J. Coffin
199 Main Street
P.O. Box 190
Burlington, VT 05402-0190
Telephone: 802-863-2375
Fax: 802-862-7512
E-mail: tcoffin@drm.com

*Attorneys for Vermont Student Assistance Corporation*

*/s/ John J. Collins*
John J. Collins, Es. Bar No. 1419
Deputy General Counsel
**University of Vermont and State Agricultural College**
Office of General Counsel
357 Waterman Building
85 South Prospect Street
Burlington, Vermont 05405
Telephone: 802-656-8585
Email: John.J.Collins@uvm.edu

Caitlinrose H. Fisher (Minn. Bar No. 0398358) (*pro hac vice* pending)
**Forsgren Fisher McCalmont DeMarea Tysver LLP**
1500 Capella Tower
Minneapolis, MN 55402
(612) 474-3300
cfisher@forsgrenfisher.com

*Attorneys for University of Vermont and State Agricultural Collete*